UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NELSON GOMES, MICHAEL LUCKHOO-BOUCHE, SHANE SCHMIDT, DOUGLASS ROE, KELLY WARAWA, FFS CAPITAL LIMITED, PAIFANG TRADING LIMITED, ATLANTEAN MANAGEMENT CORPORATION, MEADOW ASIA LIMITED AND THYME INTERNATIONAL LIMITED<br><br>Defendants. | Civil Action No. 20-CV-11092-FDS |

**ASSENTED TO MOTION FOR
EXTENSION OF TIME TO FILE ANSWER**

Defendant Michael Luckhoo-Bouche hereby moves this Court to extend the time in which he may file an Answer to the Complaint to and including August 31, 2020. As grounds for this Motion, counsel for defendant asserts covid-19 travel restrictions have necessitated multiple teleconferences and Zoom meetings to adequately respond to the allegations of the Complaint.

Plaintiff's counsel has assented to this Motion on behalf of the SEC.

Dated: August 1, 2020

Respectfully submitted,
Michael Luckhoo-Bouche
By his attorney,

/s/ Juan M. Marcelino, Esq.

Juan M. Marcelino, BBO No. 318810
juanmmarcelino@gmail.com
360 Forest Street
Bridgewater, MA  02324
Tel. 617-794-8773

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the Securities and Exchange Commission on August 1, 2020.

/s/ Juan M. Marcelino

Juan M. Marcelino