

**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**



EXHIBIT A

## FFS Capital Ltd - PJI 2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$5,750,050.00** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $71,482.86 | $5,821,532.86 |
| 04/01/2020-05/31/2020 | 5.00% | 0.83% | $48,512.77 | $5,870,045.63 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **01/01/2020-05/31/2020** | | | **$119,995.63** | **$5,870,045.63** |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

**Paifang Trading Ltd - PJI 2019**

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$346,297.00** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $4,305.06 | $350,602.06 |
| 04/01/2020-05/31/2020 | 5.00% | 0.83% | $2,921.68 | $353,523.74 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2020-05/31/2020** | | | **$7,226.74** | **$353,523.74** |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

## Artefactor Limited - 2019 PJI

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,203,425.00** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $14,960.61 | $1,218,385.61 |
| 04/01/2020-05/31/2020 | 5.00% | 0.83% | $10,153.21 | $1,228,538.82 |
| | | | | |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/2020-05/31/2020** | | | **$25,113.82** | **$1,228,538.82** |